IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

LENTON JEROME HATTEN

_____/

SEALED
INDICTMENT

4:23cr18-RH

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about October 1, 2021, and on or about August 9, 2022, in the Northern District of Florida, the defendant,

**LENTON JEROME HATTEN**,

while in a federal prison, namely, the Federal Correctional Institution in Tallahassee, did knowingly engage, and attempt to engage, in a sexual act with B.H., who was in official detention and under the custodial, supervisory, and disciplinary authority of **LENTON JEROME HATTEN**, a sports specialist working for the Bureau of Prisons.



FILED USDC FLND TL
APR 4 '23 PM3:33

In violation of Title 18, United States Code, Section 2243(b).

A TRUE BILL:

_____
FOREPERSON

April 4, 2023
DATE

_____
JASON R. COODY
United States Attorney

_____
JAMES A. McCAIN
Assistant United States Attorney