## UNITED STATES DISTRICT COURT
## CRIMINAL MINUTES – FIRST APPEARANCE ON INDICTMENT

**Case No.** 4:23cr18-RH              **Date:** April 6, 2023

**Docket Entry:** First Appearance on Indictment        1:58 - 2:07 p.m.

- Oral Order Unsealing Case
- Attorney R. Timothy Jansen enters limited appearance. Defendant shall have until 4/13/2023 to have retained counsel file a permanent notice of appearance.
- Defendant released on order setting conditions of release
- Trial scheduled for June 5, 2023 at 8:15 a.m.

**PRESENT:** Charles A. Stampelos, United States Magistrate Judge

| **Angie Maxwell** | **Gabrielle McCoy** | **DCR TLH** | **James McCain** |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**        **Attorney for Defendant:**

LENTON JEROME HATTEN           R. Timothy Jansen
X present  __custody  X O/R         X present  __appointed  X retained

- **X**  Defendant advised that he/she is before a U.S. Magistrate Judge
- **X**  Defendant advised of charges, penalties and fines
- **X**  Defendant advised of right to remain silent and consult with an attorney before making any statement
- **X**  Defendant advised of his right to hire counsel
- ___  Defendant executes a written CJA Form 23 and swears that it is accurate
- ___  Order appointing Public Defender entered
- **X**  Defendant retained his/her own counsel: R. Timothy Jansen

__X__  **Defendant advised of his/her right to bail**

__X__  **Defendant advised that if found guilty and sentenced to prison, pretrial release time, regardless of restrictions, will not be credited toward any prison sentence which may be imposed.**

_____  **Government moves for pretrial detention**

_____  **Detention hearing scheduled for:** _____

_____  **Detention hearing held (see separate minutes)**

__X__  **Defendant to be released**

_____  **Defendant detained**

_____  **Defendant held over until <u>detention hearing</u>** _____
(Defendant temporarily detained)

__X__  **Arraignment conducted.  Plea: <u>N/G as charged in indictment</u>**
**Trial scheduled for: <u>6/5/2023 at 8:15 a.m.</u>**