# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**vs.**  **CASE NO. 4:23cr18-RH**

**LENTON JEROME HATTEN,**

    **Defendant.**
_____/

## O R D E R

At first appearance and arraignment on Indictment today the Defendant appeared with retained counsel. Defendant is uncertain if counsel will be permanently retained. Counsel has entered a limited appearance and requests a seven-day continuance to file a notice of permanent appearance.

Accordingly, it is **ORDERED** that Defendant shall have until **April 13, 2023**, to have his retained counsel file a permanent notice of appearance or complete and file with the Clerk's office a CJA 23 form requesting appointment of the Federal Public Defender.

**DONE AND ORDERED** on April 6, 2023.

                               s/ Charles A. Stampelos
                               CHARLES A. STAMPELOS
                               UNITED STATES MAGISTRATE JUDGE