IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　CASE NO. 4:23cr18-RH

LENTON JEROME HATTEN

　　　Defendant.
_____/

## ORDER SETTING CONDITIONS OF RELEASE

**IT IS ORDERED** that Defendant is **RELEASED** subject to the following conditions and timing of release until this case is completed or otherwise modified by court order:

　　1. You shall not commit any offense in violation of federal, state or local law while on release.

　　2. You shall appear in court as required and, if convicted shall surrender as directed to serve a sentence the court may impose. The next scheduled appearance for the Defendant is to appear for trial which has been scheduled for **June 5, 2023,** beginning at 8:15 a.m., at the United States Courthouse, 111 North Adams Street, Tallahassee, Florida, before District Judge Robert L. Hinkle.

FILED IN OPEN COURT
4/6/23
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

3. You shall:

(a) continue or actively seek employment or continue or start an education program, or any combination thereof, which involves about 40 hours a week of activity.

(b) reside in your current residence and not travel beyond the Northern District of Florida unless prior authorization is received from the pretrial services office or supervising officer.

(c) report as directed by the pretrial services office or assigned supervising officer, U.S. Probation Office, United States Courthouse, 111 North Adams Street, Suite 100, Tallahassee, Florida, whose telephone number is (850) 521-3551. The location of reporting may be changed as needed by the pretrial services office or supervising officer.

(d) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.

(e) not possess a firearm, destructive device, or other weapon.

(f) refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Medical marijuana is a prohibited substance under federal law.

(g) submit to testing for a prohibited substance if required by the pretrial services officer or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The Defendant must not obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

(h) participate in an evaluation and a program of inpatient or outpatient mental health and/or substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

(i) must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702, formerly 42 U.S.C. § 14135a.

(j) surrender your passport to the Clerk, U.S. District Court and not obtain a passport or other international travel document.

(k) notify the pretrial services office or supervising officer as soon as possible if you are contacted, interviewed, or questioned by any law enforcement officer for any reason other than connected with this case, whether pursuant to a stop, arrest, or any other questioning.

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the Defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
**LENTON JEROME HATTEN**
**Defendant**

## DIRECTIONS TO UNITED STATES MARSHAL

(✓) The Defendant is **ORDERED** released after processing.

( ) The United States Marshal is **ORDERED** to keep the Defendant in custody until notified by a clerk or judge that the Defendant has posted bond and/or complied with all other conditions for release. If still in custody, the Defendant shall be produced before the appropriate judge at the time and place specified.

**DATE: April 6, 2023**

_____
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**