# United States District Court
## CRIMINAL MINUTES - ARRAIGNMENT

Case No. __4:23cr18-RH__          Date: __April 6, 2023__

**DOCKET ENTRY: Arraignment on Indictment**

- Not Guilty Plea entered
- Trial set for June 5, 2023 at 8:15 a.m. before Judge Hinkle

**PRESENT: Charles A. Stampelos, United States Magistrate Judge**

| Angie Maxwell | Gabrielle McCoy | DCR TLH | James McCain |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Ast. US Attorney |

**U.S.A. v. (Defendant listed below)**    **Attorney for Defendant:**

__LENTON JEROME HATTEN__          __R. Timothy Jansen__
_X_ present  __ custody  _X_ O/R      _X_ present  __ appointed  _X_ retained

**PROCEEDINGS:**

_X_   Defendant is ARRAIGNED and specifically advised of his rights.

_X_   Defendant waives reading of Indictment-Information

___   Indictment read

_X_   Defendant PLEADS:   __ __Guilty Count(s)__

                          _X_   __Not Guilty as charged on Indictment__

_X_   Trial set for: __June 5, 2023 at 8:15 a.m.__