# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

UNITED STATES OF AMERICA                                    SEALED

VS                                                          CASE NO. 4:23cr18-RH

LENTON JEROME HATTEN

## WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **LENTON JEROME HATTEN**
                                                Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Sexual abuse of a ward

in violation of Title 18 United States Code, Section(s) 2243

Jessica J. Lyublanovits
Name of Issuing Officer

*Angela Maxwell* (signature)
Deputy Clerk: Angela Maxwell

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

Clerk of Court
Title of Issuing Officer

April 4, 2023   Tallahassee
Date and Location

by  Martin A. Fitzpatrick
        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 111 N. Adams St, Tallahassee, FL 32301 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/5/23 | Kevin J. Cwirka, Special Agent | (signature) |
| DATE OF ARREST 4/5/23 | | |

FILED USDC FLND TL
APR 6 '23 PM 2:45

SJB