IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    vs.                               Case No. 4:23cr00018-RH-MAF

LENTON JEROME HATTEN.
_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the undersigned attorney on behalf of the Defendant, LENTON JEROME HATTEN, makes this appearance and requests that copies of all pleadings, motions, and notices be supplied to the firm of **JANSEN & DAVIS, P.A.** at the address shown.

Dated: April 11, 2023

                                              Respectfully submitted,

                                              */s/ R. Timothy Jansen*
                                              R. TIMOTHY JANSEN
                                              FL BAR NO.: 0691208
                                              JANSEN & DAVIS, P.A.
                                              125 N Franklin Blvd
                                              Tallahassee, FL 32301
                                              Telephone No.: (850) 224-1440
                                              jansen@jansenanddavis.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 11th day of April 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as listed below.

                                        */s/ R. Timothy Jansen*
                                        R. TIMOTHY JANSEN

## SERVICE LIST

**James McCain, Esquire**
Office of the U.S. Attorney
United States Courthouse
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
James.McCain2@usdoj.gov