# United States District Court

CRIMINAL MINUTES - Change of Plea

Case No.: <u>4:23cr18-RH</u>　　　　　　　　　　　　　　　　Date: <u>May 25, 2023</u>
Time: <u>11:01 – 11:18 a.m.</u>

---

DOCKET ENTRY: CHANGE OF PLEA HEARING held. Defendant sworn. Defendant pleads Guilty to Count 1 of the Indictment. Sentencing is set for August 10, 2023, at 1:00 p.m.  Defendant is to remain on release under previous conditions.

---

PRESENT: **ROBERT L. HINKLE, U. S. DISTRICT JUDGE**

Deputy Clerk:  Cindy Markley
Contract Court Reporter:  Jeff Babcock, For the Record
Probation:  April McCommon
Asst. U.S. Attorney:  James McCain

| U.S.A. vs. <u>LENTON JEROME HATTEN</u> | Attorney: <u>R. Timothy Jansen</u> |
|---|---|
| ☒ present  ☐ custody  ☒ O/R | ☒ present  ☐ appointed  ☒ retained |

PROCEEDINGS:
- ☐ Waiver of indictment filed
- ☐ Information filed
- ☒ Defendant is ARRAIGNED and specifically advised of his rights
- ☒ Defendant advised of minimum and maximum sentence
- ☒ Written Plea Agreement
- ☒ Written Statement of Facts
- ☐ Adjudication withheld pending sentencing
- ☒ Defendant adjudicated guilty on Count(s) <u>   1   </u>
- ☒ Defendant states true name is <u>   Lenton Jerome Hatten   </u>
- ☒ Court questions Defendant regarding his physical and mental condition, and advises Defendant of the nature and possible consequences of said plea
- ☒ Defendant PLEADS ☒ GUILTY to Count(s) <u>   1   </u>
  　　　　　　　　　☐ NOT GUILTY to Count(s) <u>      </u>
- ☒ Referred to Probation Officer for Pre-Sentencing Report
- ☒ Sentencing set for: <u>  August 10, 2023, at 1:00 p.m.  </u>