'IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

LENTON JEROME HATTEN

Case No. 4:23cr18-RH

## STATEMENT OF FACTS

The Defendant agrees to the following facts and admits that, if this case were to proceed to trial, the Government could prove them beyond a reasonable doubt.

On August 10, 2022, B.H. reported to officials at FCI Tallahassee that she had been having a sexual relationship with the Defendant since October 2021, with the most recent incident being the evening before (i.e., August 9, 2022) at approximately 7:00pm. B.H. said that she was coming forward because the situation had become aggressive and was getting out of hand. A sexual assault nurse examiner conducted a forensic examination of B.H., including a rape kit.

The FBI's crime laboratory conducted DNA analysis. Semen was identified on vaginal swabs taken from B.H. during the rape kit. A mixed DNA profile was obtained from the vaginal swabs which was found to contain both male and female DNA. Assuming B.H. to be a contributor, the profile is 33 octillion ($3.3 \times 10^{28}$) times

FILED IN OPEN COURT ON
5/25/23  cm
United States District Court
Northern District of Florida

more likely to be from B.H. and the Defendant than B.H. and an unknown, unrelated person (very strong support for inclusion).

During the period alleged in the Indictment, B.H. was a federally sentenced inmate incarcerated at FCI Tallahassee, and the Defendant was employed as a sports specialist at the FCI. The job duties of a sports specialist include the general duties of a correctional officer, including security, custody, and supervision of inmates.

## ELEMENTS

**Count 1: Sexual abuse of a person in official detention**, 18 U.S.C. § 2243(b)[1]
1. First, the defendant knowingly engaged in a sexual act with B.H.;
2. Second, at the time, B.H. was in official detention at the Federal Correctional Institution in Tallahassee; and
3. Third, at the time, B.H. was under the custodial, supervisory, or disciplinary authority of the defendant.

18 U.S.C. §2246(2): The term "sexual act" means--
(A) contact between the penis and the vulva or the penis and the anus, and for purposes of this subparagraph contact involving the penis occurs upon penetration, however slight; or
(B) contact between the mouth and the penis, the mouth and the vulva, or the mouth and the anus.

---

[1] Taken from the Ninth Circuit Manual of Model Jury Instructions—Criminal § 20.13 (2022). Pattern Jury Instructions: Fifth Circuit, Criminal Cases § 2.82D (2019) is consistent but creates two elements from the Ninth Circuit's element two above, i.e. 2) Second, at the time, [name of victim] was in official detention at the [name of institution]; and 4) Fourth: That the defendant's actions took place within the special maritime and territorial jurisdiction of the United States [in a Federal prison] [in any prison, institution, or facility in which persons are held in custody by direction of or pursuant to a contract or agreement with the head of any Federal department or agency].

2

18 U.S.C. §2246(5): The term "official detention" means--
    (A) detention by a Federal officer or employee, or under the direction of a Federal officer or employee … following a charge or conviction of an offense …; or
    (B) custody by a Federal officer or employee, or under the direction of a Federal officer or employee, for purposes incident to any detention described in subparagraph (A) of this paragraph, including transportation, medical diagnosis or treatment, court appearance, work, and recreation.

JASON R. COODY
United States Attorney

_____
R. TIMOTHY JANSEN
Attorney for Defendant

_____
JAMES A. McCAIN
Florida Bar No. 0077536
Assistant United States Attorney
Northern District of Florida
111 N. Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
james.mccain2@usdoj.gov

5/25/23
Date

_____
LENTON JEROME HATTEN
Defendant

5/25/2023
Date

5/25/2023
Date

3