# United States District Court
## CRIMINAL MINUTES - SENTENCING

Case No.: <u>4:23cr18-RH</u>                    Time Commenced: <u>10:01 a.m.</u>
Date: <u>August 24, 2023</u>                    Time Concluded: <u>10:36 a.m.</u>

---

PROCEEDINGS:  Sentencing Hearing Held.  Defendant is sentenced to 3 months BOP.  A term of Supervised Release of 5 years is imposed with 3 months of home detention.  SMA of $100.  Fine of $1,000.  JVTA assessment of $5,000.

---

PRESENT:     **ROBERT L. HINKLE, U.S. DISTRICT JUDGE**

Deputy Clerk: Cindy Markley
Official Court Reporter: Lisa Snyder
Probation: Carlin Samples
Asst. U.S. Attorney: James McCain

---

U.S.A v.                                        ATTORNEY FOR DEFENDANT:

<u>LENTON JEROME HATTEN</u>                       <u>Timothy Jansen</u>
☒ present   ☐ custody   ☒ O/R          ☒ present   ☐ appointed   ☒ retained

---

☒        DFT has read the PSR report and has discussed it with attorney

☐        Objections were made to the PSR

☐        Notice of Enhancement filed   ☐ Court questions DFT about prior conviction

☐        Report & Recommendation of U.S. Magistrate Judge is Accepted   ☐ Court Accepts Guilty Plea

☒        DEFENDANT ADJUDICATED GUILTY OF COUNT(S): <u>  1  </u>; SENTENCE IMPOSED

☒        REMANDED to custody of Bureau of Prisons:
         on count(s)   <u>  1  </u>   imprisonment for a term of   <u>  3 months  </u>
                  <u>      </u>   imprisonment for a term of  <u>                </u>
         with sentences to run ☐ concurrently or ☐ consecutively

☒        SUPERVISED RELEASE upon completion of term of imprisonment for a period of <u>  5 years  </u>
         ☒ Home Detention of <u>3 months</u> with Electronic Monitoring

☒        FINE PAYMENT:   ☐ Fine waived;  ☒ Fine of <u>$1,000.00</u>;  ☒ JVTA <u>$5,000.00</u>;  ☒ SMA of <u>$100.00</u> due immediately

☐    RESTITUTION:  DFT is liable for restitution of:
      $_____ made payable to _____

☒    FORFEITURE:  ☒  No forfeiture order   ☐  DFT to forfeit assets identified in the order

☒    CUSTODY STATUS:
      ☐  DFT committed to the custody of the U.S. Department of Justice.
      ☒  DFT to designated institution at his own expense no later than 2:00 p.m. on October 24, 2023.

☒    ADDITIONAL RECOMMENDATIONS:
      ☐  Substance Abuse Treatment while in the custody of BOP
      ☒  Designation NOT near Tallahassee or Marianna _____

☒    SPECIAL CONDITIONS OR MODIFICATIONS (as outlined in PSR):
☒    DFT shall participate in sex offender treatment as directed by U.S. Probation Officer
☒    DFT shall register with state sex offender registration agency
☒    DFT shall not communicate with the victim in this case

☐    ADDITIONAL TERMS:

☐    Remaining count(s) ____ are dismissed on government motion

☒    Court informs DFT of right to appeal
      ☐  DFT requests that the Clerk of Court file a Notice of Appeal on his behalf

PROCEEDINGS:

10:01   Court in session
        Court reviews sentencing guidelines
10:03   Statement to the Court by Defense (Jansen)
10:05   Statement to the Court by Defendant
10:05   Statement to the Court by Government (McCain)
10:17   Statement to the Court by Defense (Jansen)
10:20   Court states sentence that will be imposed with reasoning
10:28   Ruling by Court: Defendant is sentenced to 3 months BOP.  A term of Supervised Release of 5
        years is imposed.  SMA $100.00.  Fine of $1,000.  JVTA of $5,000.
10:36   Court adjourned